# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MARCELA EVINS, SR. and**
**EVELYN EVINS**                                                                                   **PLAINTIFFS**

**VS.**                                                             **CIVIL ACTION NO. 4:06CV48LR**

**CHURCH MUTUAL INSURANCE**
**COMPANY**                                                                                         **DEFENDANT**

## ORDER

This matter came before the court on the Motion to Consolidate Cases that was filed by the Defendant, which seeks to consolidate this case with the case styled *Church Mutual Insurance Co. v. Marcela Evins, Sr. and Evelyn Evins*, 4:06cv40LR. The cases involve the same issues, and the second case was removed from state court shortly after the first case was filed, so they are in the same procedural posture. Consolidation will have no effect on jurisdiction, and the Defendants do not object to the Motion. For all of these reasons, the undersigned is of the opinion that these cases should be consolidated for all purposes, in accordance with Fed. R. Civ. P. 42(a). Pursuant to Unif. Local R. 42.1, the cases will be consolidated into the other matter, which bears the lower docket number.

IT IS, THEREFORE, ORDERED that this case be consolidated with the case styled *Church Mutual Insurance Co. v. Marcela Evins, Sr. and Evelyn Evins*, 4:06cv40LR. The consolidated case will be styled *Church Mutual Insurance Co., Plaintiff/Counter-Defendant v. Marcela Evins, Sr. and Evelyn Evins, Defendants/Counter-Claimants*, 4:06cv40LR.

IT IS SO ORDERED, this the 17th day of April, 2006.

                                                                  S/John M. Roper
                                          UNITED STATES MAGISTRATE JUDGE